Exhibit 2

**Exhibit 2 - Example Infringement Claim Chart Demonstrating Kapsch's Infringement
By Its 6C[1] Transponders of the '565 Patent**

The chart below demonstrates how Kapsch's accused 6C transponders with an Alien Higgs ASIC, NXP G2 IM+ ASIC, and/or ASICS with similar functionality ("Kapsch 6C Transponder"), which are designed, configured, and manufactured for operation in systems incorporating Kapsch 6C Transponders and Kapsch readers that are configured to read those transponders (such as, for example, the JANUS Multi-protocol Reader II and other readers that are compliant with versions of EPCglobal Class1 Gen2 and/or ISO/IEC 18000), infringe claims 1-7 of U.S. 8,237,565 ("the '565 Patent"). The Kapsch 6C Transponders and compatible readers, as well as the example systems discussed below, are representative of Kapsch's infringement of claims 1-7 of the '565 patent.

Amtech provides the following example claim charts based on currently available information, including through public sources. Amtech reserves the right to modify, amend, or supplement these claim charts should it become aware of additional information regarding the accused products and systems, including through discovery, or should one or more claims be construed in a manner differently than interpreted herein.

| U.S. Patent No. 7,518,565 | |
|---|---|
| **Claim** | **Kapsch 6C Transponders** |
| 1 [pre] A transponder for receiving an interrogation signal from a first reader at a first frequency and sending a response signal from the transponder at a third frequency, while mitigating interference effects from interfering signals from a plurality of second readers at at least one second frequency, the transponder comprising: | Amtech takes no position at this time whether the preamble is limiting. To the extent it is limiting, each Kapsch 6C Transponder is a transponder for receiving an interrogation signal from a first reader at a first frequency and sending a response signal from the transponder at a third frequency, while mitigating interference effects from interfering signals from a plurality of second readers at at least one second frequency.<br><br>As explained below, Kapsch 6C Transponders are designed and configured to operate in multi-reader toll systems, such that: The "interrogation signal from a first reader at a first frequency" is an interrogation signal from a first reader. The third frequency on which the Kapsch 6C Transponder sends a "response signal" is a frequency at which a third reader is operating (*i.e.* providing a continuous-wave RF signal). Finally, Kapsch 6C Transponders mitigate interference effects from interfering interrogating signals from a plurality of other readers at second (other) frequenc(ies). |

---

[1] As used herein, "6C transponders" refers to transponders that are compliant with the ISO 18000-63 (6C) standard and/or EPCglobal Class1 Gen2 (V1.2.0) specification. *See, e.g.*, UHF RFID passive transponders (https://www.kapsch net/ktc/Portfolio/Products/In-Vehicle-Products/UHF-RFID-Passive-Transponders).

| U.S. Patent No. 7,518,565 | |
|---|---|
| **Claim** | **Kapsch 6C Transponders** |
| | Each Kapsch 6C Transponder is a transponder that is compliant with ISO/IEC 18000 and/or EPCglobal Class1 Gen2. *See, e.g.*, UHF RFID passive transponders (https://www.kapsch.net/ktc/Portfolio/Products/In-Vehicle-Products/UHF-RFID-Passive-Transponders) ("The passive UHF RFID transponders are intended to be used in combination with readers from Kapsch that support the EPC™ Class1 Gen2/ISO 18000-63 air interface protocol standard."). As such, Kapsch 6C Transponders are backscatter tags that respond at the same frequency as the continuous wave signal(s) it receives. *See* U.S. Pat. No. 9,599,703[2] ("Passive transponders rely upon energy supplied by the roadside reader in the form of a continuous wave RF signal. The continuous wave signal energizes the transponder and the transponder transmits its response signal by way of backscatter modulation of the continuous wave signal."). Specifically, in Kapsch systems, the interrogating-reader provides a continuous wave at its operating frequency, which the Kapsch 6C Transponder uses to modulate its response. <br><br> **3.1.3   IC-to-Interrogator Communication** <br><br> The IC follows an "Interrogator talks first" (ITF) protocol, and will not execute a command unless it is valid and appropriate for the IC.  The IC will not respond until the Interrogator has completed its command transmission.  The IC replies to Interrogator commands by modulating the real and/or complex components of its input impedance, causing the RF power reflected by the Tag antenna to vary with the modulation. Interrogators detect the variation in reflected RF power, demodulate and decode the Tag reply.  An Interrogator may transmit subsequent commands in order to identify data stored in the IC or to set operating states. <br><br> Alien Higgs 3 IC Datasheet Supplement at 4; Alien Higgs 4 IC Datasheet Supplement at 7. |

---

[2] Kapsch TrafficCom AG was the applicant and assignee of U.S. Pat. No. 9,599,703.

| U.S. Patent No. 7,518,565 | |
|---|---|
| **Claim** | **Kapsch 6C Transponders** |
| | **10.3.2   Tag to reader Link** |
| | An interrogator receives information from a UCODE G2iM by transmitting an unmodulated RF carrier and listening for a backscattered reply. The UCODE G2iM backscatters by switching the reflection coefficient of its antenna between two states in accordance with the data being sent. For further details refer to [1], chapter 6.3.1.3. |
| | The UCODE G2iM communicates information by backscatter-modulating the amplitude and/or phase of the RF carrier. Interrogators shall be capable of demodulating either demodulation type. |
| | UCODE G2iM and G2iM, Product Data Sheet at 13. |
| | In addition, ISO/IEC 18000 sets forth the protocol for "Tag-to-Interrogator" communications, which includes "using backscatter modulation": |
| | **6.3.1.3   Tag-to-Interrogator (T=>R) communications** |
| | A Tag communicates with an Interrogator using backscatter modulation, in which the Tag switches the reflection coefficient of its antenna between two states in accordance with the data being sent. |
| | International Standard ISO/IEC 18000-63 at 27 (10-15-2015). |
| | An Interrogator transmits information to a Tag by modulating an RF signal in the 860 MHz – 960 MHz frequency range. The Tag receives both information and operating energy from this RF signal. Tags are passive, meaning that they receive all of their operating energy from the Interrogator's RF signal. |
| | An Interrogator receives information from a Tag by transmitting a continuous-wave (CW) RF signal to the Tag; the Tag responds by modulating the reflection coefficient of its antenna, thereby backscattering an information signal to the Interrogator. The system is ITF, meaning that a Tag modulates its antenna reflection coefficient with an information signal only after being directed to do so by an Interrogator. |
| | International Standard ISO/IEC 18000-63 at vi (10-15-2015). |
| | An Interrogator receives information from a Tag by transmitting an unmodulated RF carrier and listening for a backscattered reply. Tags communicate information by backscatter modulating the amplitude and/or phase of the RF carrier. The encoding format, selected in response to Interrogator commands, is either FM0 or Miller-modulated subcarrier. The communications link between Interrogators and Tags is half-duplex, meaning that Tags shall not be required to demodulate Interrogator commands while backscattering. A Tag shall not respond to a mandatory or optional command using full-duplex communications. |

| U.S. Patent No. 7,518,565 | |
|---|---|
| **Claim** | **Kapsch 6C Transponders** |
| | International Standard ISO/IEC 18000-63 at 16 (10-15-2015).<br><br>EPCglobal Class1 Gen2 also sets forth requirements for backscatter transponders:<br><br>**Introduction**<br><br>This specification defines the physical and logical requirements for a <u>passive-backscatter</u>, Interrogator-talks-first (ITF), radio-frequency identification (RFID) system operating in the 860 MHz – 960 MHz frequency range. The system comprises Interrogators, also known as Readers, and Tags, also known as Labels.<br><br>An Interrogator transmits information to a Tag by modulating an RF signal in the 860 MHz – 960 MHz frequency range. The Tag receives both information and operating energy from this RF signal. <u>Tags are passive, meaning that they receive all of their operating energy from the Interrogator's RF waveform.</u><br><br>An Interrogator receives information from a Tag by transmitting a continuous-wave (CW) RF signal to the Tag; the Tag responds by modulating the reflection coefficient of its antenna, thereby backscattering an information signal to the Interrogator. The system is ITF, meaning that a Tag modulates its antenna reflection coefficient with an information signal only after being directed to do so by an Interrogator.<br><br>Interrogators and Tags are not required to talk simultaneously; rather, communications are half-duplex, meaning that Interrogators talk and Tags listen, or vice versa.<br><br>EPC Radio-Frequency Identity Protocols Class-1 Generation-2 UHF RFID at 10.<br><br><u>Kapsch 6C Transponders Are Designed and Configured to Operate In Multiple Reader Environments Where the Readers Operate at Different Frequencies</u><br><br>Kapsch 6C Transponders are designed, configured, manufactured, and operated so as to receive an interrogation signal from multiple readers. For example, Kapsch 6C Transponders are designed and configured to operate in toll systems having multiple RF modules and antennas operating at different frequencies, as described below. The readers use "a combination of Time Division Multiplexed (TDM) and *Frequency Division Multiplexed (FDM) periods* to read active and passive OBUs respectively" and have "overlapping coverage zones": |

| U.S. Patent No. 7,518,565 | |
|---|---|
| **Claim** | **Kapsch 6C Transponders** |
| | ### 4. THEORY OF OPERATIONS

This section offers a more detailed overview of the Reader components than the introductory overview provided in Overview Section 2 page 27.

Multi-protocol Readers can communicate with both active and passive OBUs. The Reader uses a combination of Time Division Multiplexed (TDM) and Frequency Division Multiplexed (FDM) periods to read active and passive OBUs respectively.

Each MRFM-S and antenna pair create a RF coverage zone on the roadway. The antennas are situated to create overlapping coverage zones between channels. For high speed lanes, one reader can support 5 channels. When required, multiple readers can be synced together to support additional channels.

The reader processes the OBU information and provides transaction reports to the Lane Controller interfaces. When required, the reader can write data to the OBU.

Kapsch JANUS Multi-Protocol Reader Ver. 2 Operator and Maintenance Manual at 153.

The overlapping zones of coverage are shown in the figure below from Kapsch's JANUS® MULTI-PROTOCOL READER VER. 2 manual. In this example, a transponder in a vehicle in "Lane 2" receives an interrogation signal at a first frequency from the reader with antenna 1, while also receiving interrogation signals at a second frequency from the reader with antenna 2, and a third frequency from the reader with antenna 3. In practice, however, it will also receive interrogation signals from additional antennas in the system, such as at a fourth frequency from the reader with antenna 4 labeled below and at fifth frequency from the reader with antenna 5 as well. Similarly, the transponder will also receive a continuous-wave signal from the readers, which in Kapsch's systems, is at the same frequency as the reader's interrogation signal. |

| U.S. Patent No. 7,518,565 | |
| --- | --- |
| **Claim** | **Kapsch 6C Transponders** |
| |  |
| | Kapsch JANUS Multi-Protocol Reader Ver. 2 Operator and Maintenance Manual at 170. |
| | Indeed, as shown in the diagram below from Kapsch's JANUS® MULTI-PROTOCOL READER VER. 2 manual, Kapsch 6C Transponders ("TAG") and compliant readers are configured to operate in situations where a transponder receives multiple different interrogation signals (from the readers with antennas labeled 1, 2, and 3 below), and, in Kapsch systems, responds to each of those readers at the same frequencies (using the corresponding the continuous wave signals) as indicated by the doubled arrow lines: |

| U.S. Patent No. 7,518,565 | |
|---|---|
| **Claim** | **Kapsch 6C Transponders** |
| | 

Kapsch JANUS Multi-Protocol Reader Ver. 2 Operator and Maintenance Manual at 200.

The readers with antennas and RF modules in Kapsch's systems like the example shown above operate at different frequencies. For example, Kapsch's JANUS® MULTI-PROTOCOL READER VER. 2 manual indicates that there are multiple pre-selected frequencies available:

| Command | How is this command executed? | Who can execute this command? | Parameter Name | Default Parameter Value | Parameter Range/Options | What does this command do? | What is the purpose of this command? |
|---|---|---|---|---|---|---|---|
| FDM Frequency (MHz) | From the **Channel** tab on the **Configuration** page: Select one of the choices offered from the drop down menu for every appropriate channel. | anyone | FDMFRQ | 0 | 0-27 | FDM tag protocol frequency. Note: Some bands are restricted based on protocol.  902.50 915.75 903.00 916.00 903.50 916.50 910.00 917.00 910.50 917.50 911.00 918.00 911.50 918.50 912.00 919.00 912.50 919.50 913.00 920.00 913.50 920.50 914.00 921.00 914.50 921.50 915.00 915.50 | Used for ATA, 6B, 6C, Sego protocols |

Kapsch JANUS Multi-Protocol Reader Ver. 2 Operator and Maintenance Manual at 124. |

| U.S. Patent No. 7,518,565 | |
|---|---|
| **Claim** | **Kapsch 6C Transponders** |
| | **Performing Lane Tuning**<br><br>Lane Tuning consists of selecting the frequencies to be used on the channels and setting the attenuation for the channels to control the ERP of the reader. These are configured using the web interface. It is recommended that Kapsch Operations Group perform lane tuning to properly configure a site. If the integrator/operator wishes to perform the lane tuning, the following guidelines apply:<br><br>• The same FDM channel frequency should not be used on adjacent lanes (including straddle and shoulder).<br><br>• The same TDM channel from 2 synchronized readers should not be used on adjacent lanes (including straddle and shoulder).<br><br>Kapsch JANUS Multi-Protocol Reader Ver. 2 Operator and Maintenance Manual at 175.<br><br>As another example, based at least in part on spectrum monitoring on tolling systems in Puerto Rico[3] and Ohio River Bridges Project (ORB),[4] and on information and belief, Kapsch operates its readers at an approximately 2 MHz frequency separation. For example, in Puerto Rico, Kapsch readers use three frequencies: 913.25, 915.25, and 917.25 MHz. At ORB, Kapsch readers use seven frequencies: 903, 910, 912.5, 915, 915.75, 917.5, and 920 MHz. The 915.75 MHz frequency is used exclusively for Kapsch's TDM transponders, and the other frequencies are used for backscatter 6C tags.<br><br>Therefore, in the example system shown above in Kapsch JANUS Multi-Protocol Reader Ver. 2 Operator and Maintenance Manual at 170, the "interrogation signal from a first reader at a first frequency" is the interrogation signal from a first reader (*e.g.*, reader with antenna labeled "1"). The third frequency on which the Kapsch 6C Transponder sends a "response signal" is the frequency at which a third reader operates and provides a continuous wave signal (*e.g.,* the frequency at which the reader with antenna labeled "3" operates). Finally, as explained below, |

[3] Specifically, a reader spectrum analysis was performed on toll locations in Puerto Rico that, on information and belief, comprise roadside systems that Kapsch installed, configured, and/or is responsible for operating, including Arecibo Factor On Ramp 2, Arecibo Factor On Ramp 3, Manati, Vega Alta, Toa Baja, and Buchanan.

[4] Specifically, a reader spectrum analysis was performed on toll locations on the Abraham Lincoln Bridge in Jefferson, Indiana that, on information and belief, comprise roadside systems that Kapsch installed, configured, and/or is responsible for operating, which include Kapsch readers installed to read TDM (sometimes called "IAG") transponders and 6C tags. Kapsch TrafficCom Congratulates Riverlink Launch Team (https://presswire.com/content/1799/capsch-trafficcom-congratulates-riverlink-launch-team ("Under the contract, Kapsch supplies both E-ZPass-compatible TDM transponders, and ISO 18000 6C sticker transponders, along with the Kapsch JANUS Multi-protocol Reader, which reads both kinds of tags.")).

| U.S. Patent No. 7,518,565 | |
|---|---|
| **Claim** | **Kapsch 6C Transponders** |
| | Kapsch 6C Transponder mitigates interference effects from interfering signals from the remaining readers (*i.e.* second readers) at at least one second frequency (*e.g.,* the frequencies at which readers with antennas 2, 4, and 5 operate).<br><br>Kapsch 6C Transponders are also designed, configured, manufactured, and operate in systems comprising multiple Kapsch JANUS Reader Housings, each of which include more than one RF module ("RF") and antenna ("A") pair:<br><br><br>Figure 5-12: Two Readers communicating with one OBU<br><br>Kapsch JANUS Multi-Protocol Reader Ver. 2 Operator and Maintenance Manual at 189.<br><br>Indeed, multiple Kapsch JANUS Reader Housings can be used in a single highway toll location: |

| U.S. Patent No. 7,518,565 | |
|---|---|
| **Claim** | **Kapsch 6C Transponders** |
| |   Figure 5-13: Three readers covering one direction of wide lane ORT traffic<br><br>Kapsch JANUS Multi-Protocol Reader Ver. 2 Operator and Maintenance Manual at 191.<br><br>Kapsch 6C Transponders Are Designed and Configured To Mitigate Interference.<br><br>Finally, as explained below, Kapsch 6C Transponders utilize a frequency selective filter (*e.g.*, low pass filter) to filter out intermodulation frequencies caused by the adjacent readers, such as antennas and RF modules labeled 2, 4 and 5 in the example system shown above from Kapsch JANUS Multi-Protocol Reader Ver. 2 Operator and Maintenance Manual at 170. *See* claim element 1[d] below, which is incorporated by reference.<br><br>Thus, Kapsch 6C transponders are designed, configured, manufactured, and operated so to receive an interrogation signal from a first reader at a first frequency (*i.e.* a frequency at which first interrogation signal is received) and send a response signal from the transponder at a third frequency (*i.e.* a frequency at which a third reader provides a continuous-wave RF signal), while mitigating interference effects from interfering signals from a plurality of second readers at at least one second frequency (*i.e.* one or more frequencies of the remaining interrogation signals in the system). |
| 1[a] an antenna for receiving the interrogation signal from the first | Kapsch 6C Transponders include an antenna for receiving the interrogation signal from the first reader and the interfering signals from the plurality of second readers. Specifically, Kapsch 6C |

| U.S. Patent No. 7,518,565 | |
|---|---|
| **Claim** | **Kapsch 6C Transponders** |
| reader and the interfering signals from the plurality of second readers; | Transponders include an ASIC, which, as shown below, requires an antenna that receives signals from readers.<br><br>Alien Higgs:<br><br>3.2 Higgs 3 IC Architecture<br><br>The block diagram represents the major functional sections of the IC. The tag antenna interconnects via two RF pads.<br><br><br><br>Figure 3.1 – Higgs 3 IC block diagram<br><br>Alien Higgs 3 IC Datasheet Supplement at 5; *id*. at 3 ("Higgs 3 IC is a self contained SoC device that when assembled with an antenna completes a passive RFID tag."); *see also* Alien Higgs 4 IC Datasheet Supplement at 10; *id*. at ("Higgs 4 IC is a self-contained SoC device that when assembled with an antenna completes a passive RFID tag.").<br><br>3.1.2   Interrogator-to-IC Communication<br><br>Interrogators modulate their RF transmission in order to communicate commands and information to the IC. The Interrogator sends binary information to the IC by modulating the phase and/or amplitude of its RF transmission using pulse interval encoding. Modulated Interrogator transmissions appear as an amplitude modulated RF envelope at the IC terminals, independent of the modulation type allowed by EPC Global (DSB-ASK, SSB-ASK, or PR-ASK). After issuing a command, the Interrogator transmits unmodulated RF energy to maintain IC operating power while it awaits a reply from the IC.<br><br>Alien Higgs 3 IC Datasheet Supplement at 4; Alien Higgs 4 IC Datasheet Supplement at 7. |

| U.S. Patent No. 7,518,565 | |
|---|---|
| **Claim** | **Kapsch 6C Transponders** |
| | <u>NXP:</u><br><br><br><br>UCODE G2iM and G2iM, Product Data Sheet at 7.<br><br>**10.3.1  Reader to tag Link**<br><br>An interrogator transmits information to the UCODE G2iM by modulating an UHF RF signal. The UCODE G2iM receives both information and operating energy from this RF signal. Tags are passive, meaning that they receive all of their operating energy from the interrogator's RF waveform. In order to further improve the read range the UCODE G2iM can be externally supplied as well so the energy to operate the chip does not need to be transmitted by the reader.<br><br>An interrogator is using a fixed modulation and data rate for the duration of at least one inventory round. It communicates to the UCODE G2iM by modulating an RF carrier using DSB-ASK with PIE encoding.<br><br>For further details refer to [1], Interrogator-to-tag (R=>T) communications. |

| U.S. Patent No. 7,518,565 | |
|---|---|
| **Claim** | **Kapsch 6C Transponders** |
| | UCODE G2iM and G2iM, Product Data Sheet at 13.<br><br>Indeed, Kapsch's documents show that a transponder is designed and configured to receive multiple interrogation signals from the same toll systems that have multiple readers having overlapping coverage areas:<br><br><br><br>Kapsch JANUS Multi-Protocol Reader Ver. 2 Operator and Maintenance Manual at 200. |

| U.S. Patent No. 7,518,565 | |
|---|---|
| **Claim** | **Kapsch 6C Transponders** |
| |  Kapsch JANUS Multi-Protocol Reader Ver. 2 Operator and Maintenance Manual at 170.<br><br>Therefore, with reference to the example above, the Kapsch 6C Transponder antenna is designed and configured to receive the interrogation signal from the first reader (*e.g.*, from the |

| U.S. Patent No. 7,518,565 | |
|---|---|
| **Claim** | **Kapsch 6C Transponders** |
| | reader with antenna 1) and the interfering signals from the plurality of second readers (*e.g.*, from the readers with antennas 2, 4 and 5). |
| 1[b] a detector in communication with the antenna, said detector detecting the interrogation signal and outputting a baseband analog signal representing the interrogation signal; | Kapsch 6C Transponders include a detector in communication with the antenna, said detector detecting the interrogation signal and outputting a baseband analog signal representing the interrogation signal.<br><br>Kapsch 6C Transponders use an Alien Higgs ASIC, NXP G2 IM+, or ASIC with similar functionality. The ASIC, necessarily, includes a detector that detects the interrogation signal and outputs a baseband analog signal representing the interrogation signal. Otherwise, the ASIC would not be compliant with the 18000-63 standard or EPCglobal Class1 Gen2 specification and would not be able to determine information received from the interrogator.<br><br>For example, the ASICs receive phase and/or amplitude modulated signals from interrogators that "appear as amplitude modulated RF envelope" at the ASIC.<br><br>      3.1.2   Interrogator-to-IC Communication<br><br>Interrogators modulate their RF transmission in order to communicate commands and information to the IC. The Interrogator sends binary information to the IC by modulating the phase and/or amplitude of its RF transmission using pulse interval encoding. Modulated Interrogator transmissions appear as an amplitude modulated RF envelope at the IC terminals, independent of the modulation type allowed by EPC Global (DSB-ASK, SSB-ASK, or PR-ASK). After issuing a command, the Interrogator transmits unmodulated RF energy to maintain IC operating power while it awaits a reply from the IC.<br><br>Alien Higgs 3 IC Datasheet Supplement at 4; *see also* Alien Higgs 4 IC Datasheet Supplement at 7. |

15

| U.S. Patent No. 7,518,565 | |
|---|---|
| **Claim** | **Kapsch 6C Transponders** |
| | **10.3.1   Reader to tag Link** |
| | An interrogator transmits information to the UCODE G2iM by modulating an UHF RF signal. The UCODE G2iM receives both information and operating energy from this RF signal. Tags are passive, meaning that they receive all of their operating energy from the interrogator's RF waveform. In order to further improve the read range the UCODE G2iM can be externally supplied as well so the energy to operate the chip does not need to be transmitted by the reader.

An interrogator is using a fixed modulation and data rate for the duration of at least one inventory round. It communicates to the UCODE G2iM by modulating an RF carrier using DSB-ASK with PIE encoding.

UCODE G2iM and G2iM, Product Data Sheet at 13.

The ASICs also include an "RF / Analog Block" that performs "detection of RF envelope modulation."

**3.2.1   RF / Analog Block**

The two IC terminals interface with the Tag antenna through the RF/Analog Block.  This block performs all RF functions, such as converting RF input power to DC operating power, detection of RF envelope modulation, and input impedance modulation to create the backscatter reply to an Interrogator.  This block also contains all analog functional blocks that provide functions such as ESD protection, voltage clamping and regulation, current sources, POR, oscillators, persistent nodes, and others.

Alien Higgs 3 IC Datasheet Supplement at 5.

The SL3S10x3 IC consists of three major blocks:

• Analog Interface
• Digital Control
• EEPROM

The analog part provides stable supply voltage and demodulates data received from the reader for being processed by the digital part. Further, the modulation transistor of the analog part transmits data back to the reader.

The digital section includes the state machines, processes the protocol and handles communication with the EEPROM, which contains the EPC and the user data.

UCODE G2iM and G2iM, Product Data Sheet at 7. |

| U.S. Patent No. 7,518,565 | |
|---|---|
| **Claim** | **Kapsch 6C Transponders** |
| | Indeed, the interrogation signal must be detected and the baseband analog signal that modulates the carrier signal must be output by a detector within the ASIC to determine the "commands and information" received from the interrogator.<br><br>The ISO/IEC 18000 standard and EPCglobal Class1 Gen2 specification set forth the process for "Interrogator-to-Tag" communications. The transponder (tag) receives and detects a modulated waveform (*e.g.*, interrogation signal) generated by the interrogator (reader) and outputs the baseband signal ("envelope-detected") representing the interrogation signal: |

| U.S. Patent No. 7,518,565 | |
|---|---|
| **Claim** | **Kapsch 6C Transponders** |
| | Interrogator-to-Tag link modulation <br><br>  <br><br> Figure H.1 shows R=>T baseband and modulated waveforms as generated by an Interrogator, and the corresponding waveforms envelope-detected by a Tag, for DSB- or SSB-ASK modulation, and for PR-ASK modulation. |

| U.S. Patent No. 7,518,565 | |
|---|---|
| **Claim** | **Kapsch 6C Transponders** |
| | International Standard ISO/IEC 18000-63 at 268-269 (10-15-2015); *see also* EPC Radio-Frequency Identity Protocols Class-1 Generation-2 UHF RFID at 102. |
| 1[c] a frequency-selective filter that reduces interference from the plurality of second readers and outputs an analog signal having a desired modulation; and | On information and belief, Kapsch 6C Transponders include a frequency-selective filter that reduces interference from the plurality of second readers and outputs an analog signal having a desired modulation. |
| | One practical way to determine the existence of a low-pass baseband filter on the output of the detector in an actual device is to test the transponder's response to interference at different frequencies. If the transponder experiences more interference—that is, if interference has a greater impact on the transponder—at frequencies close to the operating frequency, and less interference at frequencies further away from the operating system, that is strong evidence that a low-pass filter is filtering out the intermodulation effects on the baseband analog signal at frequencies further away from the operating frequency and allowing intermodulation effects at frequencies closer to the operating frequency of the transponder. In other words, it indicates that the transponder is filtering (removing) higher frequency intermodulation effects and allowing lower frequency intermodulation effects to pass in the baseband signal, which, in turn, indicates a low-pass baseband filter. |
| | Interference testing was performed on representative Kapsch 6C Transponders that included an Alien Higgs 3 ASIC or NXP G2 IM+ ASIC. Specifically, the tests compared interference frequencies at different power levels to determine when Kapsch 6C Transponder reads were adversely affected by interference. In the graphs below of representative transponders, the yellow plot points show where the transponder was completely jammed (*i.e.*, the transponder could not, in this example, be woken up). |
| | Alien Higgs: |

| U.S. Patent No. 7,518,565 | |
|---|---|
| **Claim** | **Kapsch 6C Transponders** |
| | <br><br>Express Toll Hard Case 6C Tag Interference Immunity.<br><br>The tests show that at frequencies close to the operating frequency (915.750 MHz), it takes relatively little power to jam the transponder. For instance, when the interference frequency was at 915.625 MHz, a signal of only -27 dbs caused complete failure. This indicates that the intermodulation effects between the operating frequency and the interference frequency (*i.e.* at the difference frequency of .125 MHz) are being allowed to pass because those intermodulation effects jammed the transponder. But as the interference frequency was moved away from the operating frequency (thereby increasing the difference frequency), additional power was required to jam the transponder. This suggests that at higher baseband frequencies, less signal was being allowed to pass. The results provide strong evidence that Kapsch 6C Transponders have a low-pass filter that filters out (*i.e.* removes) intermodulation effects at higher frequency differences and allows intermodulation effects at lower frequency differences. |

| U.S. Patent No. 7,518,565 | |
|---|---|
| **Claim** | **Kapsch 6C Transponders** |
| | Therefore, subtracting the operating frequency from the interfering frequency in the test results illustrates the effect of the low-pass filter on the modulation interference in the baseband signal. For example, subtracting 915.750 MHz (operating frequency) from the first data point, 915.625 MHz, reflects a frequency difference of 125 KHz; subtracting 915.750 MHz from the next data point, 915.500 MHz, is a difference of 250 KHz; and subtracting 915.750 MHz from the third data point, 915.375 MHz, is a difference of 375 KHz. As the plot above shows, the transponder rejects more intermodulation effects at higher frequencies (*i.e.* when the difference in the interference and operating frequencies is greater)—because it takes more power to jam the transponder—than at the lower frequencies. This is indicative of a filter that removes the intermodulation products in the baseband signal by rejecting higher frequencies and allowing lower frequencies to pass—a frequency response that is a signature of the existence of a low-pass baseband filter.<br><br>NXP: |

| U.S. Patent No. 7,518,565 | |
|---|---|
| **Claim** | **Kapsch 6C Transponders** |
| |  Express Toll Hard Case 6C Tag Interference Immunity.<br><br>The tests show that at frequencies close to the operating frequency (915.750 MHz), it takes relatively little power to jam the transponder. For instance, when the interference frequency was at 915.625 MHz, a signal of around -22 dbs caused complete failure. This indicates that the intermodulation effects between the operating frequency and the interference frequency (*i.e.* at the difference frequency of .125 MHz) are being allowed to pass because those intermodulation effects jammed the transponder. But as the interference frequency was moved away from the operating frequency (thereby increasing the difference frequency), additional power was required to jam the transponder. This suggests that at higher baseband frequencies, less signal |

| U.S. Patent No. 7,518,565 | |
|---|---|
| **Claim** | **Kapsch 6C Transponders** |
| | was being allowed to pass. The results provide strong evidence that Kapsch 6C Transponders have a low-pass filter that filters out (*i.e.* removes) intermodulation effects at higher frequency differences and allows intermodulation effects at lower frequency differences. |
| | Therefore, subtracting the operating frequency from the interfering frequency in the test results illustrates the effect of the low-pass filter on the modulation interference in the baseband signal. For example, subtracting 915.750 MHz (operating frequency) from the first data point, 915.625 MHz, reflects a frequency difference of 125 KHz; subtracting 915.750 MHz from the next data point, 915.500 MHz, is a difference of 250 KHz; and subtracting 915.750 MHz from the third data point, 915.375 MHz, is a difference of 375 KHz. As the plot above shows, the transponder generally rejects more intermodulation effects at higher frequencies (*i.e.* when the difference in the interference and operating frequencies is greater)—because it takes more power to jam the transponder—than at the lower frequencies. This is indicative of a filter that removes the intermodulation products in the baseband signal by rejecting higher frequencies and allowing lower frequencies to pass—a frequency response that is a signature of the existence of a low-pass baseband filter. |
| | Therefore, the above testing and analysis provides strong evidence of the presence of a low-pass filter that performs frequency-selective filtering of the baseband analog signal that reduces interference from the plurality of second readers (*e.g.*, in the example from the JANUS® Multi-Protocol Reader Ver. 2 above, the readers associated with antenna 2, 4, and 5) and outputs an analog signal having a desired modulation (*i.e.* by reducing interference on the baseband signal at frequencies corresponding to the interfering signals), as claimed. |
| 1[d] a signal processor in communication with the frequency selective filter to receive the analog signal, said signal processor processing the analog signal to extract | Kapsch 6C Transponders include a signal processor in communication with the frequency selective filter to receive the analog signal, said signal processor processing the analog signal to extract information from the analog signal. <br><br> As shown in an example from the 18000-63 standard and EPCglobal Class1 Gen2 specification, Kapsch 6C Transponders receive information (in the example below, "010") from the |

| U.S. Patent No. 7,518,565 | |
|---|---|
| **Claim** | **Kapsch 6C Transponders** |
| information from the analog signal. | interrogator via an analog baseband signal that is modulated and then demodulated at the transponder: <br><br> **Interrogator-to-Tag link modulation** <br><br> **H.1  Baseband waveforms, modulated RF, and detected waveforms** <br><br>  <br><br> **Figure H.1 — Interrogator-to-Tag modulation** |

| U.S. Patent No. 7,518,565 | |
|---|---|
| Claim | Kapsch 6C Transponders |
| | Figure H.1 shows R=>T baseband and modulated waveforms as generated by an Interrogator, and the corresponding waveforms envelope-detected by a Tag, for DSB- or SSB-ASK modulation, and for PR-ASK modulation.<br><br>International Standard ISO/IEC 18000-63 at 268-269 (10-15-2015); *see also* EPC Radio-Frequency Identity Protocols Class-1 Generation-2 UHF RFID at 102.<br><br>In order to perform the various commands and tasks required by these protocols, including performing the mandatory commands, the ASIC must have signal processing circuits that perform signal processing on the analog signal with the reduced interference to extract information (*i.e.*, it necessarily must extract the command from the analog baseband signal in order to act on it).<br><br>**6.3.2.11.1  Core access commands**<br><br>The core access commands are *Req_RN, Read, Write, Lock, Kill, Access, BlockWrite, BlockErase, BlockPermalock,* and *Untraceable. Req_RN, Read, Write, Lock,* and *Kill* are mandatory. *Access, BlockWrite, BlockErase, BlockPermalock,* and *Untraceable* are optional. A Tag may implement one or more of the optional commands regardless of whether the Tag supports cryptographic security or file management.<br><br>International Standard ISO/IEC 18000-63 at 65 (10-15-2015).<br><br>**2.2.2  Tags**<br>To conform to this specification, a Tag shall:<br>• Meet the requirements of this specification,<br>• Operate over the frequency range from 860 – 960 MHz, inclusive,<br>• Implement the mandatory commands defined in this specification,<br>• Modulate a backscatter signal only after receiving the requisite command from an Interrogator, and<br>• Conform to all local radio regulations.<br><br>EPC Radio-Frequency Identity Protocols Class-1 Generation-2 UHF RFID at 11. |

| U.S. Patent No. 7,518,565 | |
| --- | --- |
| **Claim** | **Kapsch 6C Transponders** |
| | All compliant tags, like the Kapsch 6C Transponders, must support and implement all mandatory commands. <br><br> **2.2.2 Tags** <br> To conform to this part of ISO/IEC 18000, a Tag shall: <br> — Meet the requirements of this part of ISO/IEC 18000, <br> — Implement the mandatory commands defined in this part of ISO/IEC 18000, <br> — Modulate a backscatter signal only after receiving the requisite command from an Interrogator, and <br> — Conform to local radio regulations. <br><br> International Standard ISO/IEC 18000-63 at 2 (10-15-2015). <br><br> **2.3.1 Mandatory commands** <br> Conforming Tags shall support all mandatory commands. Conforming Interrogators shall support all mandatory commands. <br><br> International Standard ISO/IEC 18000-63 at 3 (10-15-2015). <br><br> **2.3.1 Mandatory commands** <br> Conforming Tags shall support all mandatory commands. Conforming Interrogators shall support all mandatory commands. <br><br> EPC Radio-Frequency Identity Protocols Class-1 Generation-2 UHF RFID at 12. |

| U.S. Patent No. 7,518,565 | |
|---|---|
| **Claim** | **Kapsch 6C Transponders** |
| | **10.5  Supported commands**<br><br>The UCODE G2iM supports all **mandatory** EPCglobal V1.2.0 commands.<br><br>In addition the UCODE G2iM supports the following **optional** commands:<br><br>• ACCESS<br>• BlockWrite (32 bit)<br>• BlockPermalock<br><br>UCODE G2iM and G2iM, Product Data Sheet at 14.<br><br>Indeed, the ASICs include digital logic blocks that "fulfill[] the functional logic requirements of EPC Global" and "executes commands according to the rules established by the EPC Global." |

| U.S. Patent No. 7,518,565 | |
| --- | --- |
| **Claim** | **Kapsch 6C Transponders** |
| |  |

| U.S. Patent No. 7,518,565 | |
|---|---|
| **Claim** | **Kapsch 6C Transponders** |
| | ## 6   Block diagram
The SL3S10x3 IC consists of three major blocks:
• Analog Interface
• Digital Control
• EEPROM
The analog part provides stable supply voltage and demodulates data received from the reader for being processed by the digital part. Further, the modulation transistor of the analog part transmits data back to the reader.
The digital section includes the state machines, processes the protocol and handles communication with the EEPROM, which contains the EPC and the user data.


Figure 1.  Block diagram of SL3S10x3 IC |
| | UCODE G2iM and G2iM, Product Data Sheet at 7. |
| | |
| 2. The transponder of claim 1, wherein the frequency selective filter comprises an input, an output, a resistor coupled between the input and the output, and a capacitor coupled between the output and a ground. | On information and belief, in the Kapsch 6C Transponder, the frequency selective filter comprises an input, an output, a resistor coupled between the input and the output, and a capacitor coupled between the output and a ground.

As shown above for claim 1[c], which is hereby incorporated by reference, the Kapch 6C Transponders have a low-pass filter. Further, given that the frequency difference between Kapsch readers is large compared to the data rate, as well as the need to maintain costs for the Kapsch Transponders, an RC low-pass filter is the most likely filter to use. Specifically, based |

| U.S. Patent No. 7,518,565 | |
|---|---|
| **Claim** | **Kapsch 6C Transponders** |
| | at least in part on spectrum monitoring on tolling systems in Puerto Rico and Ohio River Bridges Project (ORB), and on information and belief, Kapsch operates its readers at an approximately 2 MHz frequency separation. <br><br> For example, the 18000-63 standard sets the data rates for transponders between 8 kbit/s and 128 kbit/s: <br><br> **7.5.2.1.2   Data rates** <br><br> Interrogators shall communicate with Tags using one of the following data rates, while Tags shall support all of the data rates: <br><br> 8 kbit/s, 16 kbit/s, 32 kbit/s, 64 kbit/s, and 128 kbit/s. <br><br> International Standard ISO/IEC 18000-63 at 133 (10-15-2015). The frequency difference of the interrogation signals is therefore at least 10 times the data rate. '565 patent, 3:62-65 ("When that frequency difference is large compared to the data rate (for example, 10 times) a simple RC low-pass filter can be used because the filter will not remove any of the frequency components of the desired signal."). |
| | |
| 3. The transponder of claim 1, wherein the signal processor comprises: | *See* claim 1 above, which is hereby incorporated by reference. |
| 3[a] a limiter for receiving the analog signal from the frequency-selective filter and generating a digital signal; and | On information and belief, Kapsch 6C Transponders include a limiter for receiving the analog signal from the frequency-selective filter and generating a digital signal. |
| 3[b] a baseband decoder for receiving the digital signal from the limiter. | On information and belief, Kapsch 6C Transponders include a baseband decoder for receiving the digital signal from the limiter. |

| U.S. Patent No. 7,518,565 | |
|---|---|
| **Claim** | **Kapsch 6C Transponders** |
| | |
| 4. A transponder for receiving an interrogation signal from a first reader at a first frequency and sending a response signal from the transponder at the first frequency, while mitigating interference effects from interfering signals from a plurality of second readers at at least one second frequency, the transponder comprising: | Amtech takes no position at this time whether the preamble is limiting. To the extent it is limiting, each Kapsch 6C Transponder is a transponder for receiving an interrogation signal from a first reader at a first frequency and sending a response signal from the transponder at the first frequency, while mitigating interference effects from interfering signals from a plurality of second readers at at least one second frequency, the transponder comprising. <br><br> As explained below, Kapsch 6C Transponders are designed and configured to operate in multi-reader toll systems, such that: The "interrogation signal from a first reader at a first frequency" is the frequency at which the Kapsch 6C Transponder also responds. Kapsch 6C Transponders also mitigate interference effects from interfering interrogating signals from a plurality of other readers operating at one or more other frequencies. <br><br> <u>Kapsch 6C Transponders Respond at Interrogation Frequencies</u> <br> Each Kapsch 6C Transponder is a transponder that is compliant with ISO/IEC 18000 and/or EPCglobal Class1 Gen2. *See, e.g.*, UHF RFID passive transponders (https://www.kapsch.net/ktc/Portfolio/Products/In-Vehicle-Products/UHF-RFID-Passive-Transponders) ("The passive UHF RFID transponders are intended to be used in combination with readers from Kapsch that support the EPC™ Class1 Gen2/ISO 18000-63 air interface protocol standard."). As such, Kapsch 6C Transponders are backscatter tags that respond at least at the same frequency as a received continuous wave signal. *See* U.S. Pat. No. 9,599,703[5] ("Passive transponders rely upon energy supplied by the roadside reader in the form of a continuous wave RF signal. The continuous wave signal energizes the transponder and the transponder transmits its response signal by way of backscatter modulation of the continuous wave signal.") Specifically, in Kapsch's systems, the interrogating-reader provides a continuous wave signal at its frequency, which the Kapsch 6C Transponder uses to modulate its response. As a result, the interrogator reader frequency is the first frequency at which the tag responds. |

[5] Kapsch TrafficCom AG was the applicant and assignee of U.S. Pat. No. 9,599,703.

| U.S. Patent No. 7,518,565 | |
|---|---|
| **Claim** | **Kapsch 6C Transponders** |
| | 3.1.3    IC-to-Interrogator Communication<br><br>The IC follows an "Interrogator talks first" (ITF) protocol, and will not execute a command unless it is valid and appropriate for the IC.  The IC will not respond until the Interrogator has completed its command transmission.  The IC replies to Interrogator commands by modulating the real and/or complex components of its input impedance, causing the RF power reflected by the Tag antenna to vary with the modulation.  Interrogators detect the variation in reflected RF power, demodulate and decode the Tag reply.  An Interrogator may transmit subsequent commands in order to identify data stored in the IC or to set operating states.<br><br>Alien Higgs 3 IC Datasheet Supplement at 4; Alien Higgs 4 IC Datasheet Supplement at 7.<br><br>10.3.2  **Tag to reader Link**<br><br>An interrogator receives information from a UCODE G2iM by transmitting an unmodulated RF carrier and listening for a backscattered reply. The UCODE G2iM backscatters by switching the reflection coefficient of its antenna between two states in accordance with the data being sent. For further details refer to [1], chapter 6.3.1.3.<br><br>The UCODE G2iM communicates information by backscatter-modulating the amplitude and/or phase of the RF carrier. Interrogators shall be capable of demodulating either demodulation type.<br><br>UCODE G2iM and G2iM, Product Data Sheet at 13.<br><br>In addition, ISO/IEC 18000 and EPCglobal Class1 Gen2 set forth the protocol for "Tag-to-Interrogator" communications, which includes "using backscatter modulation":<br><br>6.3.1.3   **Tag-to-Interrogator (T=>R) communications**<br><br>A Tag communicates with an Interrogator using backscatter modulation, in which the Tag switches the reflection coefficient of its antenna between two states in accordance with the data being sent.<br><br>International Standard ISO/IEC 18000-63 at 27 (10-15-2015). |

32

| U.S. Patent No. 7,518,565 | |
|---|---|
| **Claim** | **Kapsch 6C Transponders** |
| | An Interrogator transmits information to a Tag by modulating an RF signal in the 860 MHz – 960 MHz frequency range. The Tag receives both information and operating energy from this RF signal. Tags are passive, meaning that they receive all of their operating energy from the Interrogator's RF signal.<br><br>An Interrogator receives information from a Tag by transmitting a continuous-wave (CW) RF signal to the Tag; the Tag responds by modulating the reflection coefficient of its antenna, thereby backscattering an information signal to the Interrogator. The system is ITF, meaning that a Tag modulates its antenna reflection coefficient with an information signal only after being directed to do so by an Interrogator.<br><br>International Standard ISO/IEC 18000-63 at vi (10-15-2015).<br><br>An Interrogator receives information from a Tag by transmitting an unmodulated RF carrier and listening for a backscattered reply. Tags communicate information by backscatter modulating the amplitude and/or phase of the RF carrier. The encoding format, selected in response to Interrogator commands, is either FM0 or Miller-modulated subcarrier. The communications link between Interrogators and Tags is half-duplex, meaning that Tags shall not be required to demodulate Interrogator commands while backscattering. A Tag shall not respond to a mandatory or optional command using full-duplex communications.<br><br>International Standard ISO/IEC 18000-63 at 16 (10-15-2015).<br><br>**6.3.1.3   Tag-to-Interrogator (T=>R) communications**<br>A Tag communicates with an Interrogator using backscatter modulation, in which the Tag switches the reflection coefficient of its antenna between two states in accordance with the data being sent.<br><br>A Tag shall backscatter using a fixed modulation format, data encoding, and data rate for the duration of an inventory round, where "inventory round" is defined in 4.1. The Tag selects the modulation format; the Interrogator selects the encoding and data rate by means of the *Query* command that initiates the round. The low values in Figure 6.9, Figure 6.10, Figure 6.11, Figure 6.13, Figure 6.14, and Figure 6.15 correspond to the antenna-reflectivity state the Tag exhibits during the CW period prior to a T=>R preamble (e.g. ASK Tag absorbing power), whereas the high values correspond to the antenna-reflectivity state the Tag exhibits during the first high pulse of a T=>R preamble (e.g. ASK Tag reflecting power).<br><br>EPC Radio-Frequency Identity Protocols Class-1 Generation-2 UHF RFID at 29.<br><br>Kapsch 6C Transponders Are Designed and Configured to Operate In Multiple Reader Environments<br><br>Kapsch 6C Transponders are designed, configured, manufactured, and operated so as to receive an interrogation signal from multiple readers during the same transaction. For example, Kapsch 6C Transponders are designed and configured to operate in toll systems having multiple RF |

| U.S. Patent No. 7,518,565 | |
|---|---|
| **Claim** | **Kapsch 6C Transponders** |
| | modules and antennas operating at different frequencies, as described below. The readers use "a combination of Time Division Multiplexed (TDM) and *Frequency Division Multiplexed (FDM) periods* to read active and passive OBUs respectively" and have "overlapping coverage zones": <br><br> **4. THEORY OF OPERATIONS** <br><br> This section offers a more detailed overview of the Reader components than the introductory overview provided in Overview Section 2 page 27. <br><br> Multi-protocol Readers can communicate with both active and passive OBUs. The Reader uses a combination of Time Division Multiplexed (TDM) and Frequency Division Multiplexed (FDM) periods to read active and passive OBUs respectively. <br><br> Each MRFM-S and antenna pair create a RF coverage zone on the roadway. The antennas are situated to create overlapping coverage zones between channels. For high speed lanes, one reader can support 5 channels. When required, multiple readers can be synced together to support additional channels. <br><br> The reader processes the OBU information and provides transaction reports to the Lane Controller interfaces. When required, the reader can write data to the OBU. <br><br> Kapsch JANUS Multi-Protocol Reader Ver. 2 Operator and Maintenance Manual at 153. <br><br> The overlapping zones of coverage are shown in the figure below from Kapsch's JANUS® MULTI-PROTOCOL READER VER. 2 manual. In this example, a transponder in a vehicle in "Lane 2" receives an interrogation signal at a first frequency from the reader with antenna 1, while also receiving interrogation signals at a second frequency from the reader with antenna 2, and a third frequency from the reader with antenna 3. In practice, however, it will also receive interrogation signals from additional readers in the system, such as at a fourth frequency from the reader with antenna 4 labeled below and at fifth frequency from the reader with antenna 5 as well. |

| U.S. Patent No. 7,518,565 | |
|---|---|
| **Claim** | **Kapsch 6C Transponders** |
| |  Kapsch JANUS Multi-Protocol Reader Ver. 2 Operator and Maintenance Manual at 170.<br><br>Indeed, as shown in the diagram below from Kapsch's JANUS® MULTI-PROTOCOL READER VER. 2 manual, Kapsch 6C Transponders ("TAG") and compliant readers are configured to operate in situations where a transponder receives multiple different interrogation signals (from antennas labeled 1, 2, and 3 below), and, in Kapsch systems, responds to each of the readers associated with those antennas at the same frequencies (*e.g.*, using the corresponding continuous-wave signals at the same frequency) as indicated by the doubled arrow lines: |

| U.S. Patent No. 7,518,565 | |
|---|---|
| **Claim** | **Kapsch 6C Transponders** |
| | <br><br>Kapsch JANUS Multi-Protocol Reader Ver. 2 Operator and Maintenance Manual at 200.<br><br><u>Kapsch 6C Transponders Are Designed and Configured to Operate In Multiple Reader Environments Where the Readers Operate at Different Frequencies.</u><br><br>The antennas and RF modules in Kapsch's systems like the example shown above operate at different frequencies. For example, Kapsch's JANUS® MULTI-PROTOCOL READER VER. 2 manual indicates that there are multiple pre-selected frequencies available: |

| U.S. Patent No. 7,518,565 | |
| --- | --- |
| **Claim** | **Kapsch 6C Transponders** |
| |  |

| Command | How is this command executed? | Who can execute this command? | Parameter Name | Default Parameter Value | Parameter Range/Options | What does this command do? | What is the purpose of this command? |
| --- | --- | --- | --- | --- | --- | --- | --- |
| FDM Frequency (MHz) | From the **Channel** tab on the **Configuration** page: Select one of the choices offered from the drop down menu for every appropriate channel. | anyone | FDMFRQ | 0 | 0-27 | FDM tag protocol frequency. Note: Some bands are restricted based on protocol. 902.50 915.75 903.00 916.00 903.50 916.50 910.00 917.00 910.50 917.50 911.00 918.00 911.50 918.50 912.00 919.00 912.50 919.50 913.00 920.00 913.50 920.50 914.00 921.00 914.50 921.50 915.00 915.50 | Used for ATA, 6B, 6C, Sego protocols |

Kapsch JANUS Multi-Protocol Reader Ver. 2 Operator and Maintenance Manual at 124.

The manual also indicates that the same frequency "should not be used on adjacent lanes."

**Performing Lane Tuning**

Lane Tuning consists of selecting the frequencies to be used on the channels and setting the attenuation for the channels to control the ERP of the reader. These are configured using the web interface. It is recommended that Kapsch Operations Group perform lane tuning to properly configure a site. If the integrator/operator wishes to perform the lane tuning, the following guidelines apply:

- The same FDM channel frequency should not be used on adjacent lanes (including straddle and shoulder).
- The same TDM channel from 2 synchronized readers should not be used on adjacent lanes (including straddle and shoulder).

Kapsch JANUS Multi-Protocol Reader Ver. 2 Operator and Maintenance Manual at 175.

As another example, based at least in part on spectrum monitoring on tolling systems in Puerto Rico and Ohio River Bridges Project (ORB), and on information and belief, Kapsch operates its readers at an approximately 2 MHz frequency separation. For example, in Puerto Rico, Kapsch readers use three frequencies: 913.25, 915.25, and 917.25 MHz. At ORB, Kapsch readers use

| U.S. Patent No. 7,518,565 | |
|---|---|
| Claim | Kapsch 6C Transponders |
| | seven frequencies: 903, 910, 912.5, 915, 915.75, 917.5, and 920 MHz. The 915.75 MHz frequency is used exclusively for Kapsch's TDM transponders, and the other frequencies are used for backscatter 6C tags.<br><br>Therefore, in the example systems above, the "interrogation signal from a first reader at a first frequency" is the interrogation signal from a first reader (*e.g.*, the reader with antenna labeled "1"), which is also the "first frequency" at which the transponder sends a response signal. Further, as explained below, Kapsch 6C Transponder mitigates interference effects from interfering signals from the remaining readers (*i.e.* second readers) at at least one second frequency (*e.g.,* the frequencies at which at least the readers with antennas 2 and 3 operate, as well as the frequencies readers with antennas 4 and 5 operate).<br><br>Kapsch 6C Transponders are also designed, configured, manufactured, and operate in systems comprising multiple Kapsch JANUS Reader Housings, each of which include more than one RF module ("RF") and antenna ("A") pair:<br><br>**Selecting the correct communication method**<br>The communication method determines how Readers communicate with each other to share information for determining lane assignments. This is important for situations similar to that shown in Figure 5-12, where, to assign the OBU to a lane, Reader 1 and Reader 2 need to share handshaking information.<br><br><br><br>**Figure 5-12: Two Readers communicating with one OBU**<br><br>Kapsch JANUS Multi-Protocol Reader Ver. 2 Operator and Maintenance Manual at 189. As shown in this example system, the transponder at least receives downlink signals from both RF5/A5 in "Reader 1" and also RF6/A6 in "Reader 2." |

| U.S. Patent No. 7,518,565 | |
|---|---|
| **Claim** | **Kapsch 6C Transponders** |
| | <u>Kapsch 6C Transponders Are Designed and Configured To Mitigate Interference.</u><br><br>Finally, as explained above, Kapsch 6C Transponders utilize a frequency selective filter (*e.g.*, low pass filter) to filter out intermodulation frequencies caused by the adjacent readers, such as antennas and RF modules labeled 2, 3, 4 and 5 in the example discussed above. *See* claim element 1[d] above and 4[d] below, which are incorporated by reference.<br><br>Thus, Kapsch 6C transponders are designed, configured, manufactured, and operated so to receive an interrogation signal from a first reader at a first frequency (*i.e.* a frequency at which first interrogation signal is received) and send a response signal from the transponder at the first frequency (*i.e.* the same frequency at which the first reader operates and provides a continuous wave signal), while mitigating interference effects from interfering signals from a plurality of second readers at at least one second frequency (*i.e.* one or more frequencies of the remaining interrogation signals in the system). |
| 4[a] an antenna for receiving the interrogation signal from the first reader and the interfering signals from the plurality of second readers; | Kapsch 6C Transponders include an antenna for receiving the interrogation signal from the first reader and the interfering signals from the plurality of second readers.<br><br>*See* claim 1[a] above, which is hereby incorporated by reference. |
| 4[b] a detector in communication with the antenna, said detector detecting the interrogation signal and the interfering signals and outputting a baseband analog signal representing the interrogation signal, the interfering signals, and a | Kapsch 6C Transponders include a detector in communication with the antenna, said detector detecting the interrogation signal and the interfering signals and outputting a baseband analog signal representing the interrogation signal, the interfering signals, and a combination of the interrogation signal and the interfering signals.<br><br>*See* claim 1[b] above, which is hereby incorporated by reference, which shows the detector detects the interrogation signal and outputs a baseband analog signal representing the interrogation signal. |

| U.S. Patent No. 7,518,565 ||
|---|---|
| **Claim** | **Kapsch 6C Transponders** |
| combination of the interrogation signal and the interfering signals; | In addition, the output of the detector will also detect the interfering signals, and the baseband signal that is output will further represent the interfering signals and a combination of the interrogation signal and the interfering signals as well. In particular, and as shown above in claim 1[b], the detector performs envelope detection to demodulate the received signal. This is shown in the ISO/IEC 18000 standard and the EPCglobal Class1 Gen2 specification, which set forth the process for "Interrogator-to-Tag" communications. The transponder (tag) receives a modulated waveform (*e.g.*, interrogation signal) generated by the interrogator (reader) and detects the baseband signal ("envelope-detected") representing the interrogation signal: |

| U.S. Patent No. 7,518,565 | |
|---|---|
| **Claim** | **Kapsch 6C Transponders** |
| | Interrogator-to-Tag link modulation<br><br>H.1  Baseband waveforms, modulated RF, and detected waveforms<br><br><br><br>Figure H.1 — Interrogator-to-Tag modulation<br><br>Figure H.1 shows R=>T baseband and modulated waveforms as generated by an Interrogator, and the corresponding waveforms envelope-detected by a Tag, for DSB- or SSB-ASK modulation, and for PR-ASK modulation. |

41

| U.S. Patent No. 7,518,565 | |
|---|---|
| **Claim** | **Kapsch 6C Transponders** |
| | International Standard ISO/IEC 18000-63 at 268-269 (10-15-2015); *see also* EPC Radio-Frequency Identity Protocols Class-1 Generation-2 UHF RFID at 102.<br><br>However, the above figure does not show the effect of interference from other signals. In practice, the interference from the other interrogating signals, including the intermodulation interference, will also appear as part of the baseband analog signal output by the detector.<br><br>The detection of the interfering signal, as well as the output of a baseband analog signal representing the interrogating signal, the interfering signal, and the combination (*e.g.*, intermodulation interference), and the subsequent removal of the latter components by the low-pass filter at higher frequency differences, is confirmed by the frequency response analysis shown in the analysis of claim 1[c] above, which is incorporated by reference. Provided below are plots showing the Kapsch 6C Transponder frequency response to various interfering signals:<br><br>Alien Higgs: |

| U.S. Patent No. 7,518,565 | |
|---|---|
| **Claim** | **Kapsch 6C Transponders** |
| |  Express Toll Hard Case 6C Tag Interference Immunity. NXP: |

| U.S. Patent No. 7,518,565 | |
|---|---|
| **Claim** | **Kapsch 6C Transponders** |
| |  |
| | Express Toll Hard Case 6C Tag Interference Immunity.<br><br>As shown, at lower frequency differences (*i.e.* when the operating frequency and interfering frequency are close), the intermodulation interference is not filtered out of the baseband signal, which causes the transponder to jam at lower power. This response therefore indicates that both the interfering signal is detected, and that the baseband analog signal output also represents the interfering signals and the combination of the interrogation signal and the interfering signals (*e.g.*, interference modulation) by the detector. |
| 4[c] a frequency-selective filter that receives the baseband analog signal output by the detector, reduces interference from the | Kapsch 6C Transponders include a frequency-selective filter that receives the baseband analog signal output by the detector, reduces interference from the plurality of second readers and outputs an analog signal. |

| U.S. Patent No. 7,518,565 | |
|---|---|
| **Claim** | **Kapsch 6C Transponders** |
| plurality of second readers and outputs an analog signal; and | *See* claim 1[c] above, which is hereby incorporated by reference |
| 4[d] a signal processor in communication with the frequency-selective filter to receive the analog signal output by the frequency-selective filter, said signal processor processing the analog signal output by the frequency-selective filter to extract information from the analog signal output by the frequency-selective filter. | Kapsch 6C Transponders include a signal processor in communication with the frequency-selective filter to receive the analog signal output by the frequency-selective filter, said signal processor processing the analog signal output by the frequency-selective filter to extract information from the analog signal output by the frequency-selective filter.<br><br>*See* claim 1[d] above, which is hereby incorporated by reference |
| | |
| 5. The transponder of claim 4, wherein the signal processor comprises: | *See* claim 4 above, which is hereby incorporated by reference. |
| a limiter for receiving the analog signal from the frequency-selective filter and generating a digital signal; and | On information and belief, Kapsch 6C Transponders include a limiter for receiving the analog signal from the frequency-selective filter and generating a digital signal. |
| a baseband decoder for receiving the digital signal from the limiter. | On information and belief, Kapsch 6C Transponders include a baseband decoder for receiving the digital signal from the limiter. |
| | |
| 6. [pre] A transponder for receiving an interrogation signal from a first reader at a first frequency and sending a response signal from the transponder at a | Amtech takes no position at this time whether the preamble is limiting. To the extent it is limiting, each Kapsch 6C Transponder is a transponder for receiving an interrogation signal from a first reader at a first frequency and sending a response signal from the transponder at a third frequency, while mitigating interference effects from interfering signals from a plurality of second readers at at least one second frequency. |

| U.S. Patent No. 7,518,565 | |
|---|---|
| **Claim** | **Kapsch 6C Transponders** |
| third frequency, while mitigating interference effects from interfering signals from a plurality of second readers at at least one second frequency, the transponder comprising: | *See* claim 1 preamble above, which is hereby incorporated by reference. |
| 6[a] an antenna for receiving the interrogation signal from the first reader and the interfering signals from the plurality of second readers; | Kapsch 6C Transponders include an antenna for receiving the interrogation signal from the first reader and the interfering signals from the plurality of second readers.<br><br>*See* claim 1[a] above, which is hereby incorporated by reference. |
| 6 [b] a detector in communication with the antenna, said detector detecting the interrogation signal and the interfering signals and outputting a baseband analog signal representing the interrogation signal, the interfering signal, and a combination of the interrogation signal and the interfering signals; | Kapsch 6C Transponders include a detector in communication with the antenna, the detector detecting the interrogation signal and the interfering signals and outputting a baseband analog signal representing the interrogation signal, the interfering signal, and a combination of the interrogation signal and the interfering signals.<br><br>*See* claim 4[b] above, which is hereby incorporated by reference. |
| 6[c] a frequency-selective filter filtering the baseband analog signal to output an analog signal, wherein the interfering signals are reduced; and | Kapsch 6C Transponders include a frequency-selective filter filtering the baseband analog signal to output an analog signal, wherein the interfering signals are reduced.<br><br>*See* claim 1[c] above, which is hereby incorporated by reference. |
| 6[d] a signal processor in communication with the frequency-selective filter to receive the analog signal output | Kapsch 6C Transponders include a signal processor in communication with the frequency-selective filter to receive the analog signal output by the frequency-selective filter, said signal processor processing the analog signal with the reduced interference to extract information from the analog signal output by the frequency-selective filter. |

| U.S. Patent No. 7,518,565 | |
|---|---|
| **Claim** | **Kapsch 6C Transponders** |
| by the frequency-selective filter, said signal processor processing the analog signal with the reduced interference to extract information from the analog signal output by the frequency-selective filter. | *See* claim 1[d] above, which is hereby incorporated by reference. |
| | |
| 7. The transponder of claim 6, wherein the signal processor comprises: | *See* claim 6 above, which is hereby incorporated by reference. |
| a limiter for receiving the analog signal from the frequency-selective filter and generating a digital signal; and | On information and belief, Kapsch 6C Transponders include a limiter for receiving the analog signal from the frequency-selective filter and generating a digital signal. |
| a baseband decoder for receiving the digital signal from the limiter. | On information and belief, Kapsch 6C Transponders include a baseband decoder for receiving the digital signal from the limiter. |