IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| AMTECH SYSTEMS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| KAPSCH TRAFFICCOM AG; KAPSCH ) | Civil Action No. 6:20-cv-01044-ADA |
| TRAFFICCOM B.V.; KAPSCH ) | Civil Action No. 6:20-cv-01200-ADA |
| TRAFFICCOM HOLDING CORP.; ) | |
| KAPSCH TRAFFICCOM HOLDING II ) | |
| CORP.; KAPSCH TRAFFICCOM INC.; ) | |
| KAPSCH TRAFFICCOM SERVICES USA, ) | |
| INC.; KAPSCH TRAFFICCOM USA, INC., ) | |
| KAPSCH TRAFFICCOM IVHS, INC.; ) | |
| KAPSCH TRAFFICCOM CANADA, INC., ) | |
| ) | |
| Defendants. ) | |

## RULE 41 NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Amtech Systems, Inc. ("Amtech") dismisses all claims with prejudice asserted against Defendants Kapsch TrafficCom AG; Kapsch TrafficCom B.V.; Kapsch TrafficCom Holding Corp.; Kapsch TrafficCom Holding II Corp.; Kapsch TrafficCom Inc.; Kapsch TrafficCom Services USA, Inc.; Kapsch TrafficCom USA, Inc.; Kapsch TrafficCom IVHS, Inc.; Kapsch TrafficCom Canada, Inc. (collectively, "Kapsch").

Plaintiff Amtech Systems, LLC filed complaints against the Kapsch defendants in this Court on November 12, 2020 and December 30, 2020, respectively. The parties filed a Stipulation and Order to Stay Cases Pending ITC Proceedings (No. 337-TA-1234) and this Court ordered the stay on January 12, 2021. Kapsch has not filed an answer in either of the actions before this Court.

1

On September 9, 2021, the parties filed a Joint Motion to Terminate the ITC Action based on settlement. On October 19, 2021, the presiding administrative law judge issued Order No. 23 granting the Joint Motion to Terminate. On November 10, 2021 the Commission determined not to review the initial determination terminating the investigation on the basis of settlement.

Accordingly, the ITC Proceedings have concluded and Amtech hereby dismisses Civil Action No. 6:20-cv-01044-ADA and Civil Action No. 6:20-cv-01200-ADA with prejudice pursuant to FRCP 41(a)(1)(A)(i).

June 2, 2023

Respectfully submitted,

/s/   Jeffrey D. Mills
Jeffrey David Mills
Tex. Bar. No. 24034203
jmills@kslaw.com
KING & SPALDING LLP
500 West 2nd Street, Suite 1800
Austin, TX 78701
Telephone: (512) 457-2000
Facsimile: (512) 457-2100

Stephen E. Baskin
  admitted *pro hac vice*
sbaskin@kslaw.com
Dara Kurlancheek
  admitted *pro hac vice*
dkurlancheek@kslaw.com
Patrick M. Lafferty
plafferty@kslaw.com
Peter Schmidt
  admitted *pro hac vice*
pschmidt@kslaw.com
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 737-0500
Facsimile: (202) 626-3737

*Attorneys for Plaintiff Amtech*

SO ORDERED this _____ day of June 2023

_____
Alan D. Albright
United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on all counsel of record via electronic mail on June 2, 2023.

*/s/ Jeffrey David Mills*
Jeffrey David Mills
